UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

CARY COSGROVE,

    Plaintiff,                                  Case No. 16-10164
                                              Honorable Victoria A. Roberts

v.

GARY MILLER, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [Doc. 36] AND GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DOC. 26]

On December 19, 2016, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation [Doc. 36] recommending that Defendants' Motion for Summary Judgment [Doc. 26] be GRANTED IN PART and DENIED IN PART. Neither party filed objections within the fourteen day period pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court **ADOPTS** the Report and Recommendation.

Defendants' motion for summary judgment [Doc. 26] is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's excessive force claim against Anthony Collier survives summary judgment; all of his other claims are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS ORDERED**.

                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: January 18, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record and Cary Cosgrove by electronic means or U.S. Mail on January 18, 2017.

s/Linda Vertriest
Deputy Clerk