UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARY COSGROVE,

    Plaintiff,                                           Case No: 16-10164
                                                                  Hon. Victoria A. Roberts
v.

MILLER, PC et al,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 26, 2017, Magistrate Judge Stafford issued a Report and Recommendation [Doc.67], recommending that Cosgrove's Motion to Seek Summary Judgment on the Basis of Exhaustion [Doc. 41] be DENIED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Plaintiff's motion is DENIED.

IT IS ORDERED.

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: July 20, 2017